# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES TALBERT, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 18-2518 |
| | : | |
| RACHAEL CIGLAR, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 19th day of June 2018, upon considering Plaintiff Charles Talbert's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1), his *pro se* Complaint (ECF Doc. No. 2), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. The Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1) is **GRANTED**.

2. Mr. Talbert's Complaint (ECF Doc. No. 2) is **DISMISSED without prejudice** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii).

3. Mr. Talbert is given leave to file an amended complaint on or before **July 20, 2018** should he be able to plead a plausible claim for relief against Ms. Ciglar mindful of his good faith obligation under Fed.R.Civ.P. 11. An amended complaint must identify the Defendants in the caption in addition to the body, and shall state the basis for Mr. Talbert's claims against each Defendant. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED** by the Court.

4. If Mr. Talbert fails to timely file an amended complaint, we may dismiss his case for failure to prosecute without further notice.

_____
KEARNEY, J.