# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CHARLES TALBERT | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | NO. 18-2518 |
| | : | |
| RACHAEL CIGLAR | : | |

## ORDER

**AND NOW**, this 15th day of February 2019, upon considering Defendant's Motion to dismiss (ECF Doc. No. 25) the second amended Complaint (ECF Doc. No. 17), *pro se* Plaintiff's Response (ECF Doc. No. 27), and after having provided Plaintiff with an opportunity to twice before amend his Complaint to attempt to state a claim under the First, Fourth or Fourteenth Amendments, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendant's Motion to dismiss (ECF Doc. No. 25) is **GRANTED**;

2. We **DISMISS** this case with prejudice;

3. We **DENY** Defendant's request to revoke *in forma pauperis* status as **moot**; and,

4. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.